William B. Niese, OSB #081087
Edward Johnson, OSB #965737
Emily Teplin Fox, OSB #121720
bniese@oregonlawcenter.org
ejohnson@oregonlawcenter.org
efox@oregonlawcenter.org
**OREGON LAW CENTER**
455 S. 4th Street, Suite 5
PO Box 1098
Coos Bay, OR 97420
Phone: (541) 269-2616 x 202
Fax: (541) 269-1372

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **KERRY CLARK,**<br><br>    Plaintiff,<br><br>vs.<br><br>**MICHAEL MAFFEI,** in his personal and official capacities; **RHETT DAVIS**, in his official capacity; **DENYCE SHORB; HARVEY MAFFEI,**<br><br>    Defendants. | Case No.: 16-CV-00033-JR<br><br>**DECLARATION OF WILLIAM NIESE**<br><br>**In support of Plaintiff's Motion for Partial Summary Judgment** |

**I, WILLIAM NIESE, hereby declare:**

    1. I am one of the attorneys for plaintiff Kerry Clark in this case.

//

//

//

//

Page 1 – **DECLARATION OF WILLIAM NIESE**

2. Attached are true and correct copies of the following documents:

| Exhibit No. | Depo. Exhibit No. | Description |
|---|---|---|
| 1 |  | Selections from the deposition of Denyce Shorb of June 22, 2017 |
| 2 |  | Selections from the deposition of Michael Maffei of June 22, 2017 |
| 3 |  | Selections from the deposition of Angela Armstrong of November 14, 2017 |
| 4 |  | Selections from the deposition of Rhett Davis of June 22, 2017 |
| 5 |  | Selections from the deposition of Harvey Maffei, November 11, 2017 |
| 6 |  | Selections from the deposition of Trisina Vinson, November 14, 2017 |
| 7 | 1 | Lease agreement between Kerry Clark, Denyce Shorb, and William Maffei |
| 8 | 5 | Notice of July 6, 2016 by Denyce Shorb |
| 9 |  | Document Entitled Powers Police Policy on Landlord/Tenant Disputes Produced by Rhett Davis Bates Stamped M/D 000030-000032) |
| 10 |  | Verizon Phone Records Produced by Michael Maffei bates stamped (000149-000157) |
| 11 | 3 | Sales Agreement for 460 Poplar |
| 12 | 2 | Eviction Notice |

**I hereby declare under penalty of perjury that the foregoing is true and correct.**

DATED this 2nd day of February, 2018.

By: _s/ William B. Niese_
William B. Niese

Of Attorney for Plaintiff

Page 2 – **DECLARATION OF WILLIAM NIESE**