Angela Armstrong - 11/14/2017

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| KERRY CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:17-cv-00033-JR |
| | ) |
| MICHAEL MAFFEI, in his personal and official capacities; RHETT DAVIS, in his official capacity; and DENYCE SHORB, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

DEPOSITION OF ANGELA ARMSTRONG

Taken in Behalf of the Defendants Maffei and Davis

Tuesday, November 14, 2017

Reported by:

D. Iwalani Carr, RPR, CSR

Page 2

1          BE IT REMEMBERED THAT, pursuant to Federal
2    Rules of Civil Procedure, the deposition of ANGELA
3    ARMSTRONG was taken before D. Iwalani Carr, RPR, CSR, a
4    professional shorthand reporter certified by the State
5    of Oregon, that pursuant to ORS 44.320 said reporter is
6    empowered to administer oaths to witnesses, that the
7    above-named witness was placed under oath on Tuesday,
8    November 14, 2017, commencing at the hour of 1:52 p.m.,
9    in the Coos County Courthouse, in the City of Coquille,
10   County of Coos, State of Oregon.
11                         --o0o--
12                       APPEARANCES:
13
14   For the Plaintiff:         Oregon Law Center
                                By:  Bill Niese
15                              522 SW 5th Avenue, Suite 812
                                Portland, OR 97204
16
     For the Defendants         Law Office of Gerald L. Warren
17   Maffei and Davis:          and Associates
                                By:  Gerald L. Warren
18                              901 Capitol Street NE
                                Salem, OR 97301
19
     Also Present:              Michael Maffei
20
21
22
23
24
25

Page 41

1    basically said Billy had to move out or not come back to
2    the house.
3        Q.    Mm-hm.
4        A.    And so I wasn't worried about going back to
5    get some of my things.
6              But when we went there, some of my things were
7    not there.  So we gathered up my clothes and what have
8    you.  And Chief Davis had showed up.  Denyce showed up
9    and pulled in the driveway, was screaming and yelling,
10   and apparently she called Rhett.  Rhett came to the door
11   and he immediate -- at the beginning was -- told us we
12   couldn't be there.  And I said, "Well, I have this
13   restraining order."  And he says, "Well, that's not
14   worth the paper it's written on."
15       Q.    Did the restraining order state that you had
16   to leave the premises?
17       A.    No, it did not.
18       Q.    Did you ever receive any notification from the
19   court saying that you had to leave the premises?
20       A.    No, it did not.
21             MR. NIESE:  That's all I've got.  No
22   further questions.  Thank you.
23                    FURTHER EXAMINATION
24   BY MR. WARREN:
25       Q.    Just to follow up on this restraining order,

1                           CERTIFICATE

2

3

4          I, D. Iwalani Carr, a certified Shorthand

5   Reporter for Oregon, hereby certify that, pursuant to

6   Federal Rules of Civil Procedure, ANGELA ARMSTRONG

7   personally appeared before me at the time and place set

8   forth in the caption hereof; that at said time and place

9   I reported in Stenotype all testimony adduced and other

10  oral proceedings had in the foregoing matter; that

11  thereafter my notes were reduced to typewriting under my

12  direction, and that the foregoing transcript, pages 1 to

13  42, both inclusive, constitutes a full, true and

14  accurate record of all such testimony adduced and oral

15  proceedings had, and of the whole thereof.

16

17

18          Witness my hand and CSR seal at Portland,

19  Oregon, this 17th day of November, 2017.

20

21

22

23  _____
    D. Iwalani Carr
24  Certified Shorthand Reporter
    Certificate No. 90-0220
25  License expires 9/30/19