Trisina Vinson - 11/14/2017

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

KERRY CLARK,                        )
                                    )
            Plaintiff,              )
                                    )
      v.                            ) Case No. 6:17-cv-00033-JR
                                    )
MICHAEL MAFFEI, in his              )
personal and official               )
capacities; RHETT DAVIS,            )
in his official capacity;           )
and DENYCE SHORB,                   )
                                    )
            Defendants.             )
                                    )

DEPOSITION OF TRISINA VINSON

Taken in Behalf of the Defendants Maffei and Davis

Tuesday, November 14, 2017

Reported by:

D. Iwalani Carr, RPR, CSR

```
                                                              Page 2
 1            BE IT REMEMBERED THAT, pursuant to Federal
 2   Rules of Civil Procedure, the deposition of TRISINA
 3   VINSON was taken before D. Iwalani Carr, RPR, CSR, a
 4   professional shorthand reporter certified by the State
 5   of Oregon, that pursuant to ORS 44.320 said reporter is
 6   empowered to administer oaths to witnesses, that the
 7   above-named witness was placed under oath on Tuesday,
 8   November 14, 2017, commencing at the hour of 11:02 a.m.,
 9   in the Coos County Courthouse, in the City of Coquille,
10   County of Coos, State of Oregon.
11                              --oOo--
12                            APPEARANCES:
13
14   For the Plaintiff:        Oregon Law Center
                               By:  Bill Niese
15                             522 SW 5th Avenue, Suite 812
                               Portland, OR 97204
16
     For the Defendants        Law Office of Gerald L. Warren
17   Maffei and Davis:         and Associates
                               By:  Gerald L. Warren
18                             901 Capitol Street NE
                               Salem, OR 97301
19
     Also Present:             Michael Maffei
20
21
22
23
24
25
```

Page 15

1   Q.  Would it have been in September, then, because
2   school was back?
3   A.  I'm not for sure if it was, because my son
4   does -- or did go out there and help Corky.
5   Q.  You said --
6   A.  I feel like it was, like, summertime, too,
7   kind of.
8   Q.  You said that you saw Mr. Maffei -- Michael
9   Maffei and his brother, Harvey Maffei, demolishing the
10  shack, right?
11  A.  Yes.
12  Q.  When did that happen?
13  A.  Yeah.  Well, Harvey was the majority of the
14  demolition, because that's where he lived at.
15  Q.  What does that mean?
16  A.  That's -- like, he lived in the house in front
17  of it.
18  Q.  So at the time that this demolition took
19  place, Harvey Maffei was living in the main house?
20  A.  Denyce's.  Yes.  Yeah.
21  Q.  Do you know anything about whether he'd
22  purchased it or was purchasing it?
23  A.  It's hearsay, so I don't know for sure, but I
24  had heard that it was going up for taxes.  Denyce did
25  tell me this, that she owed taxes on it and was going to

1  belongings, correct?

2     A.  No.

3     Q.  All right.  And with regard to what Michael
4  Maffei did in the demolition, you've described taking a
5  couple boards off, maybe used a hammer.

6         Is there anything else you watched him do?

7     A.  **I watched him slowly take the whole thing**
8  **apart.**

9     Q.  I thought you said Harvey Maffei did that?

10    A.  **Oh.  I thought you said Harvey and Michael.**

11    Q.  No.  I want to know what Michael Maffei did,
12 what you saw him do.

13    A.  **Michael Maffei.  I saw him when I was at the**
14 **school.  I walked actually over and was talking to him**
15 **and his brother.  He was helping Harvey.  He was prying**
16 **with -- you know, like this, pulling the wood off.**

17    Q.  And again, that was all after Harvey had moved
18 into the big house, you said.

19    A.  **Yes.  It -- yes.  Now it's -- there's no**
20 **little house or shack there.**

21    Q.  Right.

22        Did you have any contact with Chief Davis
23 about anything going on with the big or little house?

24    A.  No.

25    Q.  Were you ever present when Chief Davis showed

1            CERTIFICATE

2

3

4         I, D. Iwalani Carr, a certified Shorthand

5    Reporter for Oregon, hereby certify that, pursuant to

6    Federal Rules of Civil Procedure, TRISINA VINSON

7    personally appeared before me at the time and place set

8    forth in the caption hereof; that at said time and place

9    I reported in Stenotype all testimony adduced and other

10   oral proceedings had in the foregoing matter; that

11   thereafter my notes were reduced to typewriting under my

12   direction, and that the foregoing transcript, pages 1 to

13   38, both inclusive, constitutes a full, true and

14   accurate record of all such testimony adduced and oral

15   proceedings had, and of the whole thereof.

16

17

18         Witness my hand and CSR seal at Portland,

19   Oregon, this 17th day of November, 2017.

20

21

22

23   _____
     D. Iwalani Carr
24   Certified Shorthand Reporter
     Certificate No. 90-0220
25   License expires 9/30/19