LEASE/RENTAL AGREEMENT

William (Bill) Mellor Jr.
460 Poplar/P.O. Box 302
Powers, OR 97466

and

Denyce Shorb
815 A St./P.O Box 97
Powers, OR 97466

    William and Denyce hereby lease/rent property known as 460 ½ Poplar, to Kerry Clark for as long as he lives.
    Lease/rent amount shall be in the amount of $200.00 per month, and tenant shall provide at his expense any renovations, appliances or repairs necessary. All renovations and repairs will be discussed with property owner prior to onset of renovation or repair.
    Denyce or William may raise lease/rent amount at the rate of 5% of the lease/rent amount annually, not to exceed a cap amount of $400.00 per month, and by giving tenant written notice 30 days prior to lease/rent addition.
    Should tenant, Kerry Clark, become delinquent/past due on his lease/rent payment for a period of, and not to exceed 60 days, William and Denyce may revoke this agreement and tenant must vacate property within 72 hours.
    This lease/rental agreement to begin June 1st, 2016, and continue as written.

TENANT _____
                Kerry Clark

LANDLORD _____
                William Mellor Jr.

LANDLORD _____
                Denyce Shorb

WITNESS _____

DEPOSITION EXHIBIT 1 D. SHORB

CLARK 1