UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

KERRY CLARK,

                Plaintiff(s),

    v.                                                Case No. 6:17-CV-00033-MC

MICHAEL MAFFEI, in his personal
and official capacities; RHETT DAVIS,
in his official capacity; and DENYCE SHORB,

                Defendant(s).

JURY NOTES

## Jury Questions

Jury Question #1:

> Once he learned about the lease agreement, did Chief Davis have a legal obligation to contact Kerry and tell him that the trespass order was not valid?

Answer:

> You are to determine if defendant Mr. Davis's actions or inactions meaningfully interfered with plaintiff Kerry Clark's right to possess the property based on the evidence before you.

Once he learned about the lease agreement, did Chief Davis have a legal obligation to contact Kerry and tell him that the trespass order was not valid?

12/10/19

We have a verdict.