IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KERRY CLARK,

    Plaintiff,

v.

RHETT DAVIS, in his official capacity,

    Defendant.

No. 6:17-cv-00033-MC

**VERDICT FORM**

## **VERDICT**

We, the jury, being first duly empaneled and sworn in the above-entitled cause, do unanimously find as follows:

1. Did defendant Rhett Davis unlawfully and intentionally enter plaintiff Kerry Clark's residence without a warrant in violation of the Fourth Amendment?

    YES: _____

    NO: ✓

2. Did defendant Rhett Davis unlawfully and intentionally seize plaintiff Kerry Clark's property in violation of the Fourth Amendment by <u>ordering him to leave the property</u>?

    YES: _____

    NO: ✓

Page 1 – VERDICT FORM

If your answer to either question above is "YES," what are plaintiff Kerry Clark's non-economic damages?

ANSWER: $ 0

DATED this 10th day of December, 2019.

_____
Jury Foreperson

Page 2 – VERDICT FORM