IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

KERRY CLARK,

    Plaintiff,

v.

DENYCE SHORB, and HARVEY MAFFEI,

    Defendants.

Civ. No. 6:17-cv-00033-MC

JUDGMENT

MCSHANE, Judge:

Judgment is entered against Defendants Denyce Shorb and Harvey Maffei in the amount of:

    a. $56,000, for twice the actual damages Plaintiff sustained pursuant to ORS 90.375, loss of irreplaceable items, and disruption to life; and

    b. Attorney's fees and costs, as the Court deems appropriate.

Defendants Denyce Shorb and Harvey Maffei are jointly and severally liable.

IT IS SO ORDERED.

DATED this 11th day of February, 2020.

                                              s/Michael J. McShane
                                          **Michael J. McShane**
                                      **United States District Judge**